# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-40998
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 6, 2016

Lyle W. Cayce
Clerk

TERESA WARD COOPER; JAY S. COOPER,

      Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA; CHARLES H. BROWN, III;
APPROXIMATELY FIFTEEN UNKNOWN AGENTS OF THE U.S.
DEPARTMENT OF HOMELAND SECURITY; ONE UNKNOWN AGENT
OF THE UNITED STATES POSTAL SERVICE; TWO UNKNOWN AGENTS
OF THE FEDERAL BUREAU OF PRISONS,

      Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:13-CV-487

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the following reasons.

Plaintiffs have complained of property taken from their home in Plano
in 2010. Thereafter they have filed several lawsuits for related complaint. A

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 14-40998

judgment was rendered in one case on October 14, 2011, dismissing without prejudice and ordering monetary sanctions against Plaintiffs. Plaintiffs failed to appeal and have never complied with the sanctions order.

Subsequently, the present suit has been dismissed without prejudice because Plaintiffs simply disregarded the court's order. The court acted under the law and its discretion in doing so. *See United Markets Int'l v. Smith*, 24 F.3d 650, 654 (5th Cir. 1994). If Plaintiffs could not afford costs of suit without hardship, they might be financially eligible to proceed IFP. In this case, however, no effort has been made to obey the previous court order, and the district court has certified that the appeal is not taken in good faith.

AFFIRMED.